IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NAVAJO NATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Lead Case:  C.A. No. 1:16-cv-0011-TSC |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) ) ) | Consolidated with: C.A. No. 1:17-cv-0863-TSC C.A. No. 1:18-cv-0774-TSC |
| Defendants. | ) ) ) | C.A. No. 1:19-cv-3612-TSC C.A. No. 1:20-cv-1297-TSC C.A. No. 1:21-cv-0013-TSC C.A. No. 1:22-cv-1182-TSC C.A. No. 1:23-cv-0035-TSC |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
IN *NAVAJO NATION IV-X***

Plaintiff Navajo Nation respectfully moves for summary judgment in these seven consolidated cases, *Navajo Nation IV – X*.[1] Pursuant to Fed. R. Civ. P. 56(a), the Nation submits that there is no genuine dispute as to any material fact and it is entitled to judgment as a matter of law.  The basis for this motion is set forth in the accompanying memorandum of points and authorities, and the statement of material facts.  A proposed order is attached.

WHEREFORE, it is respectfully requested that this motion be granted.

---

[1] No. 1:17-cv-00863-TSC (D.D.C. filed May 10, 2017) ("*Navajo Nation IV*"), No. 1:18-cv-00774-TSC (D.D.C. filed April 5, 2018) ("*Navajo Nation V*"), No. 1:19-cv-3612-TSC (D.D.C. filed December 3, 2019) ("*Navajo Nation VI*"), No. 1:20-cv-01297-TSC (D.D.C. filed May 15, 2020) ("*Navajo Nation VII*"), No. 1:21-cv-00013-TSC (D.D.C. filed Jan. 5, 2021) ("*Navajo Nation VIII*"), No. 1:22-cv-01182-TSC (D.D.C. filed April. 28, 2022) ("*Navajo Nation IX*"), and No. 1:23-cv-00035-TSC (D.D.C. filed Jan. 5, 2023) ("*Navajo Nation X*").

Dated this 17th day of November, 2023.

                                                     Respectfully submitted,

                                                   HOLLAND & KNIGHT LLP

By:      */s/ Steven D. Gordon*
           Steven D. Gordon (D.C. Bar No. 219287)
           Philip Baker-Shenk (D.C. Bar No. 386662)
           800 17th Street, N.W., Suite 1100
           Washington, D.C.  20006
           Tel: (202) 955-3000
           Fax: (202) 955-5564

*Attorneys for Plaintiff the Navajo Nation*